BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

MATTHEW UHALDE
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT MOHAN and SHWETA DESHPANDE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No. 3:25-cv-02609-SK<br><br>**Amended Stipulation and Proposed Order Continuing Settlement Conference** |

Soon after discovery began, the Court stayed this case due to the recent lapse in appropriations funding the Department of Justice. (Dkt. 23.) As a result, the parties were unable to conduct discovery for over 40 days. To make up that time, the parties have asked the Court to extend the deadline to complete fact and expert discovery to May 20, 2026, and extend remaining deadlines by a commensurate two months.

In addition, the United States needs to complete discovery before it can entertain settlement discussions. Therefore, the parties likewise stipulate to continue the March 25 settlement conference to a date two or three weeks after May 20.

1

Dated: March 16, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ Matt Uhalde
MATTHEW UHALDE
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice

/s/ Sandeep Singh
SANDEEP SINGH
Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The March 25, 2026 settlement conference is vacated.

Dated:  March 18, 2026

United States Magistrate Judge
VIRGINIA K. DEMARCHI

2